NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BECTON, DICKINSON AND COMPANY,**
*Plaintiff-Appellant*

**v.**

**BAXTER INTERNATIONAL INC.,**
*Defendant-Appellee*

---

2015-1918

---

Appeal from the United States District Court for the Western District of Texas in No. 1:14-cv-00222-LY, Judge Lee Yeakel.

---

**JUDGMENT**

---

DANIEL H. BREAN, The Webb Law Firm, Pittsburgh, PA, argued for plaintiff-appellant. Also represented by KENT E. BALDAUF, JR., CHRISTIAN D. EHRET, BRIAN J. JACKSON, KIRK M. MILES, RYAN MILLER.

MICHAEL J. ABERNATHY, Morgan, Lewis & Bockius LLP, Chicago, IL, argued for defendant-appellee. Also represented by SANJAY K. MURTHY; KACY DICKE, K&L Gates LLP, Chicago, IL; CHRISTINA NOEL GOODRICH, Los Angeles, CA; DAVID ANDREW SIMONS, Boston, MA;

MICHAEL IRA COHEN, AUSTIN JOSEPH FOLEY, Baxter Healthcare Corporation, Deerfield, IL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 9, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court